USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/5/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                     :

ANN PREMNAUTH,                       :

                 Plaintiff,       :

                         :            19-cv-09077 (LL)

     -v-                     :

                         :             ORDER

450 CONCORD AVENUE CORP.,    :

                         :

              Defendants.    :

                         :
------------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      This case has been randomly reassigned to me for all purposes.  It is hereby:

      ORDERED that the Initial Pretrial Conference previously scheduled for February 6, 2020 at 4:30 p.m. shall take place on February 10, 2020 at 12:00 PM in Courtroom 15C of the U.S. District Court for the Southern District of New York, 500 Pearl Street, New York, New York.

      IT IS FURTHER ORDERED that, by February 7, 2020 at 5:00 p.m., the parties jointly submit to the Court a proposed Case Management Plan and Scheduling Order. A template is available at https://www.nysd.uscourts.gov/hon-lewis-j-liman. This document should be filed electronically on ECF, consistent with the Court's Individual Practices in Civil Cases, which are available on the same webpage.  Parties should consult the Individual Practices for guidance on the matters to be discussed at the Initial Pretrial Conference and for the Court's rules with respect to communications with Chambers and other procedural matters.

      SO ORDERED.


Dated: February 5, 2020
      New York, New York                           LEWIS J. LIMAN
                                   United States District Judge