USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/06/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
: 
ANN PREMNAUTH, :
: 
                Plaintiff, :
:    19-CV-09077 (LL)
  -v- :
:    ORDER
450 CONCORD AVENUE CORP., :
: 
                Defendants. :
----------------------------------------------------------------- :
X

LEWIS J. LIMAN, United States District Judge:

    The Initial Pretrial Conference scheduled for February 10, 2020 at 12:00 p.m. is hereby ADJOURNED pending further order of the Court. Plaintiff is ORDERED to inform the Court by letter by February 13, 2020, how it desires to proceed in response to defendant' representation by letter of February 6, 2020 that it no longer intends to defend this action. (dkt. no. 15).

    SO ORDERED.

Dated: February 6, 2020                          _____
       New York, New York                        LEWIS J. LIMAN
                                                              United States District Judge