USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/11/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ANN PREMNAUTH,

                          Plaintiff,

        -against-

450 CONCORD AVENUE CORP.,

                         Defendants.

-----------------------------------------------------------------X

19-CV-9077 (SN)

**ORDER OF DISMISSAL**

**SARAH NETBURN, United States Magistrate Judge:**

    On February 10, 2021, the Honorable Lewis J. Liman referred this matter to a magistrate judge for all purposes based on the consent of the parties. See 28 U.S.C. § 636(c). That same day, that referral was reassigned to my docket.

    In this Fair Labor Standards Act case, the parties agreed to the terms of a settlement agreement in principle and on January 21, 2021, and submitted a proposed settlement for the Court's review pursuant to Cheeks v. Freeport Pancake House, 796 F.3d 199 (2d Cir. 2015). ECF No. 51. Having reviewed the proposed settlement, the Court determines that it is fair and reasonable. The settlement is APPROVED, and this action is DISMISSED with prejudice.

    The Clerk of Court is respectfully directed to terminate the motion at ECF No. 51 and close the case.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    February 11, 2021
                 New York, New York